FILED

FEB 2 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Larbi Semiani,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No. ⸾ 09 0387
                                        )
USA,                                    )
                                        )
            Defendant.                  )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of a complaint "at any time" the court determines that it lacks subject matter jurisdiction).

Plaintiff is "an Alien, Algerian citizen living [] in Algeria." Compl. at 1. Although he provides a narrative of events seemingly unrelated to the relief sought, plaintiff ultimately seeks review of the denial of a visa to re-enter the United States to participate in court proceedings. "The decision of a consular officer to grant or deny a visa is not subject to judicial review." *Chun v. Powell*, 223 F. Supp.2d 204, 206 (D.D.C. 2002) ("Consistent with [*Lem Moon Sing v. United States*, 158, U.S. 538, 547 (1895)], courts have uniformly held that a consular officer's denial of a visa application is not subject to judicial review."); accord *El-Hadad v. U.S.*, 377 F. Supp.2d 42, 46 (D.D.C. 2005) ("The doctrine of consular nonreviewability" forecloses judicial review of the denial of a plaintiff's visa request to attend his civil trial). The complaint therefore is dismissed. A separate Order accompanies this Memorandum Opinion.

Date: February 12, 2009                    _____
                                           United States District Judge

(N)                                                              4